UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Todd A. Duckson,                                              Civil No. 11-1647 (DWF/AJB)

          Plaintiff,

v.                                                                           **ORDER FOR DISMISSAL**
                                                                           **WITH PREJUDICE**

Christopher E. Clouser,

          Defendant.


Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. [27]),

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same, is

**DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements

to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 20, 2012                    s/Donovan W. Frank
                                               DONOVAN W. FRANK
                                               United States District Judge